### REX v. HUMPHREY.

The passing of counterfeit bills the currency of which is prohibited, is not an offense against the statute.

INFORMATION for passing counterfeit bills issued by the state of New York, of the new emission, contrary to the statute, etc.

Plea in abatement — That by a late statute of this state, the currency of said bills are prohibited in this state, and thereby the offense is taken away. Judgment that the plea is sufficient.

---

### NEW HAVEN COUNTY, FEBRUARY TERM, A. D. 1773.

### BUCKINGHAM ET AL. v. NORTHROP ET AL.

Deacon of a church a corporation and may take by succession.

ACTION upon a note given in A. D. 1742, to the deacons of the Second Church in Milford, and to their successors in said office, for the support of the ministry in said church.

This note was given after the church was formed, but before the ecclesiastical society was legally constituted.

The action is brought by the deacons of said church, and successors in said office.

Plea in abatement — That neither the church nor the deacons of the church, are a civil corporation capable of suing or being sued; and that the action ought to have been brought in the name of the executors of the original promisee — Demurrer.

Judgment, plea insufficient — And that the defendant answer over to the action, whereby it was determined, that the deacons of a church are a legal corporation capable of taking by succession.